**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **HASSIN HUBBERT,** | ) | **Civil Action No. 7:14-cv-00306** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **RANDAL C. MATHENA, <u>et al.</u>,** | ) | **By:** **Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the motion to amend is **GRANTED**; the Amended Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); the motion for a temporary restraining order is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Hubbert.

Entered: August 18, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge